UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARVIN BROCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:16-CV-1545-G (BH) |
| RJT PROPERTY AND MANAGEMENT LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Defendant Michael Burns's motion to dismiss the plaintiff's complaint under F.R. CIV. P. 12(b)(6), filed July 6, 2016 (docket entry 17), is **GRANTED**, and

defendant RJT Property and Management LLC's motion to dismiss the plaintiff's complaint under F.R. CIV. P. 12(b)(6), filed July 6, 2016 (docket entry 19), is also **GRANTED**.  By separate judgment, all of the plaintiff's claims will be **DISMISSED** with prejudice.

    **SO ORDERED**.

January 9, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**